IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Case No. 3:19CR47 |
| | ) | |
| Keon McCarroll | ) | |

### ORDER TERMINATING SUPERVISED RELEASE

The above named commenced Supervised Release on December 31, 2020, for a period of 3 years. Based on good cause shown, it is hereby ordered that the defendant is discharged from Supervised Release and that the proceedings in this case are terminated.

Dated this 2 day of June, 2022

_____
United States District Judge